UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Cheryese L Moore<br><br>Debtor(s) | Case No. 15 B 38987 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/16/2015.

2) The plan was confirmed on 01/28/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2016.

5) The case was Dismissed on 06/30/2016.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,049.24 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,049.24** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,007.28 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $41.96 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,049.24** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Anasazi Group LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance Llc (Original Creditor: | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 2,172.35 | NA | NA | 0.00 | 0.00 |
| Chrysler Capital | Secured | 16,346.00 | 16,315.19 | 16,315.19 | 0.00 | 0.00 |
| Citibank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,360.00 | 2,591.20 | 2,591.20 | 0.00 | 0.00 |
| City of Chicago EMS | Unsecured | 1,214.00 | 1,214.00 | 1,214.00 | 0.00 | 0.00 |
| Cmre | Unsecured | 3,893.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial (Original Credit | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Svc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Custom Coll Srvs Inc (Original Creditor: | Unsecured | 24.07 | NA | NA | 0.00 | 0.00 |
| Department of Education | Unsecured | 13,344.35 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 13,934.00 | 15,198.06 | 15,198.06 | 0.00 | 0.00 |
| Fst Premier | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 4,261.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection (Original Creditor:Il | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collections | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| I C System (Original Creditor:10 Peoples | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinios Tollway | Unsecured | 7,974.21 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Employment | Unsecured | 546.48 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 3,547.11 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 4,260.94 | 4,569.31 | 4,569.31 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 170.32 | 823.08 | 823.08 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 12,009.23 | 12,009.23 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 1.00 | 1,773.84 | 1,773.84 | 0.00 | 0.00 |
| IPLToday.com | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IPLToday.com | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IQ Data International Inc | Unsecured | 1.00 | 2,862.37 | 2,862.37 | 0.00 | 0.00 |
| Kennedy King College | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Law office of Stephen Pinto | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 629.17 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc (Original Creditor:01 City Of C | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc (Original Creditor:01 Village O | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 6,225.00 | 5,182.24 | 5,182.24 | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 412.91 | 412.91 | 412.91 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 9,050.02 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard/Charter | Unsecured | 309.42 | NA | NA | 0.00 | 0.00 |
| RKM LLC - Quick Cash | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Safeco Insurance | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 13,533.00 | NA | NA | 0.00 | 0.00 |
| Southeast Anesthesia Consult | Unsecured | 773.00 | 773.40 | 773.40 | 0.00 | 0.00 |
| Staniscontr | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| State of Illinois | Unsecured | 3,547.00 | NA | NA | 0.00 | 0.00 |
| U S A Funds | Unsecured | 14,402.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| United States Aid Funds Inc | Unsecured | 10,304.67 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 5,087.00 | 14,511.07 | 14,511.07 | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WOW | Unsecured | 510.77 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,315.19 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,315.19** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,578.54 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$16,578.54** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,852.17** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,049.24 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,049.24** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/12/2016                                       By: /s/ Marilyn O. Marshall
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**